IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO.  2:18-CV-00505-JRG |
| § | |
| CISCO SYSTEMS, INC., § | |
| § | |
| Defendant. § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Mr. Michael Paul as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between the parties and timely paid as billed. Mr. Paul's contact information is as follows:

> Michael D. Paul
> 26110 High Timber Pass St.
> San Antonio, TX 78260-8041
> 210-473-8696
> mdeanpaul@gmail.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after their filing in PDF form to mdeanpaul@gmail.com. If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 21st day of August, 2019.**

                                                  RODNEY GILSTRAP  
                                                  UNITED STATES DISTRICT JUDGE