IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>                Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>                Defendant. | Civil Action No. 2:18-cv-00505-JRG<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Uniloc 2017 LLC ("Uniloc") and Defendant Cisco Systems, Inc. ("Cisco") hereby stipulate to dismiss all claims in this Action with prejudice, with each side to bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

October 28, 2019

By: /s/ *M. Elizabeth Day*
   M. Elizabeth Day (Admitted to Practice)
eday@feinday.com
David Alberti (Admitted *pro hac vice*)
dalberti@feinday.com
Sal Lim (Admitted *pro hac vice*)
slim@feinday.com
Marc Belloli (Admitted *pro hac vice*)
mbelloli@feinday.com
Jeremiah A. Armstrong (Admitted *pro hac vice*)
jarmstrong@feinday.com
Hong Lin (Admitted *pro hac vice*)
hlin@feinday.com
**FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Attorneys for Uniloc 2017 LLC

By: /s/ *Tamir Packin*
   Tamir Packin (*admitted pro hac vice*)
(lead counsel)
tpackin@desmaraisllp.com
Lindsey Miller (*admitted pro hac vice*)
lmiller@desmaraisllp.com
Michael A. Wueste (*admitted pro hac vice*)
mwueste@desmaraisllp.com
Michael Rhodes (*admitted pro hac vice*)
mrhodes@desmaraisllp.com
Elizabeth Weyl (*admitted pro hac vice*)
eweyl@desmaraisllp.com
Thomas Derbish (*admitted pro hac vice*)
tderbish@desmaraisllp.com

DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Lead Counsel for Defendant
Cisco Systems, Inc.*

Michael E. Jones (State Bar No. 10929400)
mikejones@potterminton.com
POTTER MINTON, P.C.
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

*Local Counsel for Defendant
Cisco Systems, Inc*.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 2:18-cv-00505-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON STIPULATION OF DISMISSAL**

  Before the Court is Uniloc 2017 LLC ("Uniloc") and Defendant Cisco Systems, Inc. ("Cisco")'s Stipulation of Dismissal ("Stipulation"). In light of the parties' Stipulation, it is hereby ORDERED that all claims in this Action are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.